**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

4:26cr59-RH

**JERRY ALAN WELLS JR.**
_______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about November 10, 2025, in the Northern District of Florida, the defendant,

**JERRY ALAN WELLS JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, that is:

1. a. On or about February 28, 2012, **JERRY ALAN WELLS JR.** was convicted in the State of Florida of Poss of M/T 20 grams of Cannabis WITS, Poss of Xanax, Poss of Hydrocodone, and Poss of Carisprodol;

FILED USDC FLND TL cm
AUG 4 '26 PM1:58

b. On or about October 15, 2018, **JERRY ALAN WELLS JR.** was convicted in the State of Arizona of Attempted Transportation of Marijuana for Sale – More than 2 Pounds; and

c. On or about July 14, 2021, **JERRY ALAN WELLS JR.** was convicted in the State of Florida of False Imprisonment and Burglary of Dwelling with Person Assaulted.

2. For each of these crimes, **JERRY ALAN WELLS JR.** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **JERRY ALAN WELLS JR.** did knowingly possess a firearm, to wit, a Bryco Arms .22 LR caliber pistol.

4. This firearm had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about April 7, 2026, in the Northern District of Florida, the defendant,

**JERRY ALAN WELLS JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about February 28, 2012, **JERRY ALAN WELLS JR.** was convicted in the State of Florida of Poss of M/T 20 grams of Cannabis WITS, Poss of Xanax, Poss of Hydrocodone, and Poss of Carisprodol;

   b. On or about October 15, 2018, **JERRY ALAN WELLS JR.** was convicted in the State of Arizona of Attempted Transportation of Marijuana for Sale – More than 2 Pounds; and

   c. On or about July 14, 2021, **JERRY ALAN WELLS JR.** was convicted in the State of Florida of False Imprisonment and Burglary of Dwelling with Person Assaulted.

2. For each of these crimes, **JERRY ALAN WELLS JR.** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **JERRY ALAN WELLS JR.** did knowingly possess ammunition, to wit, Winchester and RWS .22 LR caliber ammunition.

4. This ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**JERRY ALAN WELLS JR.,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts One and Two of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested

in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

[redacted]

FOREPERSON

8-4-2026

DATE

JOHN P. HEEKIN
United States Attorney

EMMA J. SCHWAN
Assistant United States Attorney

JAMES A. McCAIN
Assistant United States Attorney